**Order entered January 22, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00985-CV

**ALAA MOHAMAD WEISS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. M0474358**

## ORDER

Before the Court is the State's January 16, 2020 second motion to extend time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 18, 2020. We caution the State that further extension requests will be disfavored.

/s/    ERIN A. NOWELL
        JUSTICE